# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00526-CV

**In re Nathaniel Lee Thompson and Nate L. Thompson, Inc. d/b/a
Triumphant Transition Partners**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Nathaniel Lee Thompson and Nate L. Thompson, Inc. d/b/a Triumphant

Transition Partners have filed a petition for writ of mandamus and emergency motion for

temporary stay. *See* Tex. R. App. P. 52.1, 52.10(a). The petition for writ of mandamus and

emergency motion for stay are denied. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: August 16, 2024